In the Matter of the Estate of HENRY BROWER, Deceased. STATE TAX COMMISSION, Respondent; THOMAS H. BROWER et al., as Executors of HENRY BROWER, Deceased, Appellants.

Submitted May 28, 1952; decided July 15, 1952.

*Frederic White Shepard, Edward Q. Carr, Hunter L. Dela-tour, Stanley C. Fowler, Jr., Ferdinand I. Haber, Louis G. Hart, Jr., Albert Hlavac, William B. Hoffman, Edward A. Kole, John J. Kuhn, Remsen B. Ostrander, Sylvanus D. Ward, James A. Warner* and *Allan B. Wright* for appellants.

*Mortimer M. Kassell* and *Miriam Wernick* for respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.